Karas, J.    KY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                            :
AMANIE RILEY, on behalf of herself and others similarly                     :
                                                                            :
situated                                                                    :
                                                                            :   7          KMK
                                                  Plaintiffs,                :   X:17-CV-07761-RA
                                                                            :
            -against-                                                       :
                                                                            :
FESTIVAL FUN PARKS, LLC, d/b/a LAKE                                          :
COMPOUNCE                                                                    :
                                                                            :
                                                  Defendants.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, Plaintiff Amanie Riley and Defendant

Festival Fun Parks d/b/a Lake Compounce, by and through their respective undersigned counsel,

hereby stipulate that the above-captioned action shall be dismissed with prejudice, with each party

to bear its own fees and costs.

Dated: January 24, 2018


By: _____

C.K. Lee
LEE LITIGATION GROUP
30 East 39 Street, Second Floor
New York, New York 10016
(212) 465-1188

*Attorneys for Plaintiffs*


By: _____

Julia H. Wilson
FISHER & PHILLIPS LLP
The New York Times Building
620 Eighth Avenue, 36th Floor
New York, New York 10018
(212) 899-9985
jhwilson@fisherphillips.com

*Attorneys for Defendants*


So Ordered:

_____
U.S.D.J.

January 26, 2018